# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN VAZQUEZ,** : | |
|     Petitioner : | |
| : | No. 1:21-cv-1049 |
| v. : | |
| : | (Judge Rambo) |
| **WARDEN H. QUAY,** : | |
|     Respondent : | |

## ORDER

**AND NOW**, on this 28th day of September 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                  s/ Sylvia H. Rambo
                                                  United States District Judge